# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ALLINA II-TYPE DSH ADJUSTMENTS CASES )<br><br>ALBERT EINSTEIN HEALTHCARE NETWORK, *et al* )<br><br>This Document Relates To:<br><br>New York City Health and Hospitals Corporation, *et al.*<br>1:21-cv-03120 ) | Misc. Action No. 1-19-mc-190-ABJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Court's October 11, 2024, Minute Order, Plaintiffs, New York City Health and Hospitals Corporation, on behalf of its Bellevue Hospital Center, Coney Island Hospital, Elmhurst Hospital Center, Harlem Hospital Center, Jacobi Medical Center, Kings County Hospital Center, Lincoln Medical and Mental Health Center, Metropolitan Hospital Center, North Central Bronx Hospital, Queens Hospital Center, and Woodhull Medical and Mental Health Center ("Plaintiffs"), through their undersigned legal counsel, hereby give notice that they are voluntarily dismissing their claims in Civil Action No. 1:21-cv-03120-ABJ, as authorized by Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Defendant has not filed an answer or a motion for summary judgment and according to Parties' Joint Status Report dated October 9, 2024 (DE 312), does not object to the dismissal. Plaintiffs voluntarily dismiss all claims asserted in this action against Defendant, without prejudice, and with each party to bear

its own costs and attorneys' fees.  This dismissal dispenses with all claims by Plaintiffs such that the entire underlying case may be terminated.

Dated: March 31, 2025                                          Respectfully submitted,


                                                */s/ Drew W. Marrocco*
Drew W. Marrocco
D.C. Bar No. 453205
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6387
Facsimile: (202) 496-7756
Email:  drew.marrocco@dentons.com

*Attorneys for Plaintiffs New York Health and Hospitals Corporation, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2025, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be served through the Court's ECF system on all counsel of record.

>	*/s/ Drew W. Marrocco*
>	Drew W. Marrocco