**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ALLINA II-TYPE DSH ADJUSTMENT CASES | ) ) ) |
| ALBERT EINSTEIN HEALTHCARE NETWORK,  *et al.* | ) ) ) ) |
| | ) Misc. Action No. 19-mc-190-ABJ |
| | ) ) |
| This Document Relates To: | ) ) |
| *Galen of Florida, Inc. d/b/a HCA Florida St. Petersburg Hospital v. Kennedy[1]* 23-CV-965 (ABJ) | ) ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby notify the Court of the voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of their claims in *Galen of Florida, Inc. d/b/a HCA Florida St. Petersburg Hospital v. Kennedy*, No. 23-CV-965 (D.D.C.), for the following cost years:

1. Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center, Medicare provider number 45-0788, cost year ending August 31, 2014;

2. Bay Hospital, Inc. d/b/a HCA Florida Gulf Coast Hospital, Medicare provider number 10-0242, cost year ending January 31, 2014;

3. Centerpoint Medical Center of Independence, LLC d/b/a Centerpoint Medical Center f/d/b/a Independence Regional Health Center, Medicare provider number 26-0095, cost year ending March 31, 2014;

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Robert F. Kennedy, Jr. is automatically substituted in his official capacity for Defendant Xavier Becerra.

4. Central Florida Regional Hospital, Inc. d/b/a HCA Florida Lake Monroe Hospital, Medicare provider number 10-0161, cost year ending May 31, 2014;

5. Central Tennessee Hospital Corporation d/b/a TriStar Horizon Medical Center, Medicare provider number 44-0046, cost year ending May 31, 2014;

6. Chippenham & Johnston-Willis Hospitals, Inc. d/b/a CJW Medical Center, Medicare provider number 49-0112, cost year ending August 31, 2014;

7. Columbia Hospital at Medical City Dallas Subsidiary, L.P. d/b/a Medical City Dallas, Medicare provider number 45-0647, cost year ending May 31, 2014;

8. Columbia Hospital Corporation of South Broward d/b/a HCA Florida Westside Hospital, Medicare provider number 10-0228, cost year ending January 31, 2014;

9. Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical City Arlington, Medicare provider number 45-0675, cost year ending May 31, 2014;

10. Columbia Medical Center of Lewisville Subsidiary, L.P. d/b/a Medical City Lewisville, Medicare provider number 45-0669, cost year ending May 31, 2014;

11. Columbia Medical Center of McKinney Subsidiary, L.P. d/b/a Medical City McKinney, Medicare provider number 45-0403, cost year ending August 31, 2014;

12. Columbia Medical Center of Plano Subsidiary, L.P. d/b/a Medical City Plano, Medicare provider number 45-0651, cost year ending March 31, 2014;

13. Columbia North Hills Hospital Subsidiary, L.P. d/b/a Medical City North Hills, Medicare provider number 45-0087, cost year ending May 31, 2014;

14. Columbia Plaza Medical Center of Fort Worth Subsidiary, L.P. d/b/a Medical City Fort Worth f/k/a Plaza Medical Center of Fort Worth, Medicare provider number 45-0672, cost year ending January 31, 2014;

15. Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, Medicare provider number 45-0662, cost year ending March 31, 2014;

16. Doctors Hospital of Augusta, LLC d/b/a Doctors Hospital (Augusta), Medicare provider number 11-0177, cost year ending March 31, 2014;

17. El Paso Healthcare System, LTD. d/b/a Las Palmas Del Sol Healthcare, Medicare provider number 45-0107, cost year ending July 31, 2014;

18. Fort Walton Beach Medical Center, Inc. d/b/a HCA Florida Fort Walton-Destin Hospital, Medicare provider number 10-0223, cost year ending May 31, 2014;

19. Frankfort Hospital, Inc. d/b/a Frankfort Regional Medical Center, Medicare provider number 18-0127, cost year ending July 31, 2014;

20. Galen of Florida, Inc. d/b/a HCA Florida St. Petersburg Hospital, Medicare provider number 10-0180, cost year ending April 30, 2014;

21. Good Samaritan Hospital, L.P. d/b/a Good Samaritan Hospital, Medicare provider number 05-0380, cost year ending January 31, 2014;

22. Grand Strand Regional Medical Center, LLC d/b/a Grand Strand Medical Center, Medicare provider number 42-0085, cost year ending April 30, 2014;

23. Hamilton Medical Center, Inc. now known as The Regional Health System of Acadiana, LLC, Medicare provider number 19-0205, cost year ending August 31, 2014;

24. HCA Health Services of Oklahoma, Inc. d/b/a OU Medical Center, Medicare provider number 37-0093, cost year ending August 31, 2014;

25. HCA Health Services of Tennessee, Inc. d/b/a TriStar Southern Hills Medical Center, Medicare provider number 44-0197, cost year ending May 31, 2014;

26. HCA Health Services of Virginia, Inc. d/b/a Henrico Doctors' Hospital, Medicare provider number 49-0118, cost year ending March 31, 2014;

27. HCA-HealthONE, LLC d/b/a Presbyterian/St. Luke's Medical Center, Medicare provider number 06-0014, cost year ending August 31, 2014;

28. JFK Medical Center Limited Partnership d/b/a HCA Florida JFK Hospital, Medicare provider number 10-0234, cost year ending June 30, 2014;

29. Macon Northside Hospital, LLC d/b/a Coliseum Northside Hospital, Medicare provider number 11-0201, cost year ending June 30, 2014;

30. Marion Community Hospital, Inc. d/b/a HCA Florida Ocala Hospital, Medicare provider number 10-0212, cost year ending August 31, 2014;

31. Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Methodist Hospital, Medicare provider number 45-0388, cost year ending June 30, 2014;

32. Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Methodist Hospital Stone Oak, Medicare provider number 67-0055, cost year ending February 28, 2014;

33. Midwest Division - OPRMC, LLC d/b/a Overland Park Regional Medical Center, Medicare provider number 17-0176, cost year ending May 31, 2014;

34. New Port Richey Hospital, Inc. d/b/a HCA Florida Trinity Hospital, Medicare provider number 10-0191, cost year ending June 30, 2014;

35. North Florida Regional Medical Center, Inc. d/b/a HCA Florida North Florida Hospital, Medicare provider number 10-0204, cost year ending February 28, 2014;

36. Northern Utah Healthcare Corporation d/b/a St. Mark's Hospital, Medicare provider number 46-0047, cost year ending June 30, 2014;

37. Palms West Hospital Limited Partnership d/b/a HCA Florida Palms West Hospital, Medicare provider number 10-0269, cost year ending May 31, 2014;

38. Parkridge Medical Center, Inc. d/b/a Parkridge Medical Center, Medicare provider number 44-0156, cost year ending March 31, 2014;

39. Plantation General Hospital, L.P. d/b/a HCA Florida Mercy Hospital, Medicare provider number 10-0167, cost year ending August 31, 2014;

40. Redmond Park Hospital, LLC d/b/a Redmond Regional Medical Center, Medicare provider number 11-0168, cost year ending June 30, 2014;

41. Riverside Healthcare System, L.P. d/b/a Riverside Community Hospital, Medicare provider number 05-0022, cost year ending April 30, 2014;

42. Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center, Medicare provider number 29-0047, cost year ending January 31, 2014;

43. Spotsylvania Medical Center, Inc. d/b/a Spotsylvania Regional Medical Center, Medicare provider number 49-0141, cost year ending April 30, 2014;

44. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's North Austin Medical Center, Medicare provider number 45-0809, cost year ending June 30, 2014;

45. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's Round Rock Medical Center, Medicare provider number 45-0718, cost year ending February 28, 2014;

46. Sunrise Hospital and Medical Center, LLC d/b/a Sunrise Hospital & Medical Center, Medicare provider number 29-0003, cost year ending January 31, 2014;

47. Tallahassee Medical Center, Inc. d/b/a HCA Florida Capital Hospital, Medicare provider number 10-0254, cost year ending April 30, 2014;

48. Terre Haute Regional Hospital, L.P. d/b/a Terre Haute Regional Hospital, Medicare provider number 15-0046, cost year ending August 31, 2014;

49. University Hospital, LTD. d/b/a HCA Florida Woodmont Hospital, Medicare provider number 10-0224, cost year ending April 30, 2014; and

50. West Florida Regional Medical Center, Inc. d/b/a HCA Florida West Hospital, Medicare provider number 10-0231, cost year ending May 31, 2014.

The case should not be dismissed in its entirety, however, because other plaintiffs still have pending claims.

Respectfully submitted,

*/s/ Stephanie A. Webster*
Stephanie A. Webster
  D.C. Bar No. 479524
J. Harold Richards
  D.C. Bar No. 469524
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 508-4859
stephanie.webster@ropesgray.com

*Counsel for Plaintiffs*

Dated: June 26, 2026