**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ALLINA II-TYPE DSH ADJUSTMENT CASES<br><br>ALBERT EINSTEIN HEALTHCARE NETWORK,  *et al.*<br><br><br><br>This Document Relates To:<br><br>*West Florida Regional Medical Center, Inc. v. Kennedy[1]*<br>21-CV-0004 (ABJ) | )<br>)<br>)<br>)<br>)<br>)   Misc. Action No. 19-mc-190-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiffs hereby notify the Court of the voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of their claims in *West Florida Regional Medical Center, Inc. v. Kennedy*, No. 21-CV-0004 (D.D.C.), for the following cost years:

1.  West Florida Regional Medical Center, Inc. d/b/a West Florida Hospital, Medicare provider number 10-0231, cost year ending May 31, 2013;

2.  Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center, Medicare provider number 45-0788, cost year ending August 31, 2013;

3.  Bay Hospital, Inc. d/b/a Gulf Coast Medical Center, Medicare provider number 10-0242, cost year ending January 31, 2013;

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Robert F. Kennedy, Jr. is automatically substituted in his official capacity for Defendant Xavier Becerra.

4.  Cartersville Medical Center, LLC d/b/a Cartersville Medical Center, Medicare provider number 11-0030, cost year ending September 30, 2013;

5.  Centerpoint Medical Center of Independence, LLC d/b/a Centerpoint Medical Center f/d/b/a Independence Regional Health Center, Medicare provider number 26-0095, cost year ending March 31, 2013;

6.  Central Florida Regional Hospital, Inc. d/b/a Central Florida Regional Hospital, Medicare provider number 10-0161, cost year ending May 31, 2013;

7.  Central Tennessee Hospital Corporation d/b/a Horizon Medical Center, Medicare provider number 44-0046, cost year ending May 31, 2013;

8.  CHCA Bayshore, L.P. d/b/a HCA Houston Healthcare Southeast, Medicare provider number 45-0097, cost years ending December 31, 2011 and December 31, 2013;

9.  CHCA Clear Lake, L.P. d/b/a HCA Houston Healthcare Clear Lake, Medicare provider number 45-0617, cost year ending December 31, 2013;

10. CHCA Conroe, L.P. d/b/a HCA Houston Healthcare Conroe, Medicare provider number 45-0222, cost year ending December 31, 2013;

11. CHCA West Houston, L.P. d/b/a HCA Houston Healthcare West, Medicare provider number 45-0644, cost year ending December 31, 2013;

12. Chippenham & Johnston-Willis Hospitals, Inc. d/b/a CJW Medical Center, Medicare provider number 49-0112, cost year ending August 31, 2013;

13. Columbia Hospital (Palm Beaches) Limited Partnership d/b/a Columbia Hospital, Medicare provider number 10-0234, cost year ending June 30, 2013;

14. Columbia Hospital at Medical City Dallas Subsidiary, L.P. d/b/a Medical City Dallas, Medicare provider number 45-0647, cost year ending May 31, 2013;

15. Columbia Hospital Corporation of South Broward d/b/a Westside Regional Medical Center, Medicare provider number 10-0228, cost year ending January 31, 2013;

16. Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical City Arlington, Medicare provider number 45-0675, cost year ending May 31, 2013;

17. Columbia Medical Center of Denton Subsidiary, L.P. d/b/a Medical City Denton f/d/b/a Denton Regional Medical Center, Medicare provider number 45-0634, cost year ending December 31, 2013;

18. Columbia Medical Center of Las Colinas, Inc. d/b/a Medical City Las Colinas, Medicare provider number 45-0822, cost year ending December 31, 2013;

19. Columbia Medical Center of Lewisville Subsidiary, L.P. d/b/a Medical City Lewisville, Medicare provider number 45-0669, cost year ending May 31, 2013;

20. Columbia Medical Center of McKinney Subsidiary, L.P. d/b/a Medical City McKinney, Medicare provider number 45-0403, cost year ending August 31, 2013;

21. Columbia Medical Center of Plano Subsidiary, L.P. d/b/a Medical City Plano, Medicare provider number 45-0651, cost year ending March 31, 2013;

22. Columbia North Hills Hospital Subsidiary, L.P. d/b/a North Hills Hospital, Medicare provider number 45-0087, cost year ending May 31, 2013;

23. Columbia Ogden Medical Center, Inc. d/b/a Ogden Regional Medical Center, Medicare provider number 46-0005, cost year ending May 31, 2013;

24. Columbia Plaza Medical Center of Fort Worth Subsidiary, L.P. d/b/a Medical City Fort Worth f/k/a Plaza Medical Center of Fort Worth, Medicare provider number 45-0672, cost year ending January 31, 2013;

25. Columbia Rio Grande Healthcare, L.P. d/b/a Rio Grande Regional Hospital, Medicare provider number 45-0711, cost year ending September 30, 2013;

26. Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, Medicare provider number 45-0662, cost year ending March 31, 2013;

27. Columbia/HCA John Randolph, Inc. d/b/a John Randolph Medical Center, Medicare provider number 49-0020, cost year ending December 31, 2013;

28. Doctors Hospital of Augusta, LLC d/b/a Doctors Hospital (Augusta), Medicare provider number 11-0177, cost year ending March 31, 2013;

29. Eastern Idaho Health Services, Inc. d/b/a Eastern Idaho Regional Medical Center, Medicare provider number 13-0018, cost year ending September 30, 2013;

30. Eastside Medical, LLC d/b/a Emory Eastside Medical Center, Medicare provider number 11-0192, cost year ending August 31, 2013;

31. El Paso Healthcare System, LTD. d/b/a Las Palmas Medical Center, Medicare provider number 45-0107, cost year ending July 31, 2013;

32. Fort Walton Beach Medical Center, Inc. d/b/a Fort Walton Beach Medical Center, Medicare provider number 10-0223, cost year ending May 31, 2013;

33. Frankfort Hospital, Inc. d/b/a Frankfort Regional Medical Center, Medicare provider number 18-0127, cost year ending July 31, 2013;

34. Galen of Florida, Inc. d/b/a St. Petersburg General Hospital, Medicare provider number 10-0180, cost year ending April 30, 2013;

35. Galencare, Inc. d/b/a Brandon Regional Hospital, Medicare provider number 10-0243, cost year ending December 31, 2013;

36. Galencare, Inc. d/b/a Northside Hospital, Medicare provider number 10-0238, cost year ending September 30, 2013;

37. GPCH-GP, Inc. d/b/a Garden Park Medical Center, Medicare provider number 25-0123, cost year ending December 31, 2013;

38. Grand Strand Regional Medical Center, LLC d/b/a Grand Strand Regional Medical Center, Medicare provider number 42-0085, cost year ending April 30, 2013;

39. Greenview Hospital, Inc. d/b/a Greenview Regional Hospital, Medicare provider number 18-0124, cost year ending September 30, 2013;

40. HCA Health Services of Florida, Inc. d/b/a St. Lucie Medical Center, Medicare provider number 10-0260, cost year ending September 30, 2013;

41. HCA Health Services of Louisiana, Inc. d/b/a Hamilton Medical Center, Medicare provider number 19-0205, cost year ending August 31, 2013;

42. HCA Health Services of Oklahoma, Inc. d/b/a OU Medical Center, Medicare provider number 37-0093, cost year ending August 31, 2013;

43. HCA Health Services of Tennessee, Inc. d/b/a Centennial Medical Center, Medicare provider number 44-0161, cost year ending December 31, 2013;

44. HCA Health Services of Tennessee, Inc. d/b/a Southern Hills Medical Center, Medicare provider number 44-0197, cost year ending May 31, 2013;

45. HCA Health Services of Tennessee, Inc. d/b/a Summit Medical Center, Medicare provider number 44-0150, cost year ending December 31, 2013;

46. HCA Health Services of Virginia, Inc. d/b/a Henrico Doctors Hospital, Medicare provider number 49-0118, cost year ending March 31, 2013;

47. HCA-HealthONE, LLC d/b/a North Suburban Medical Center, Medicare provider number 06-0065, cost year ending December 31, 2013;

48. HCA-HealthONE, LLC d/b/a Presbyterian/St. Luke's Medical Center, Medicare provider number 06-0014, cost year ending August 31, 2013;

49. HCA-HealthONE, LLC d/b/a Rose Medical Center, Medicare provider number 06-0032, cost year ending December 31, 2013;

50. HCA-HealthONE, LLC d/b/a Swedish Medical Center, Medicare provider number 06-0034, cost year ending September 30, 2013;

51. HCA-HealthONE, LLC d/b/a The Medical Center of Aurora, Medicare provider number 06-0100, cost year ending December 31, 2013;

52. Hendersonville Hospital Corporation d/b/a Hendersonville Medical Center, Medicare provider number 44-0194, cost year ending August 31, 2013;

53. Hospital Corporation of Utah d/b/a Lakeview Hospital, Medicare provider number 46-0042, cost year ending September 30, 2013;

54. HTI Memorial Hospital Corporation d/b/a Skyline Medical Center, Medicare provider number 44-0006, cost year ending November 30, 2013;

55. KPH-Consolidation, Inc. d/b/a Kingwood Medical Center, Medicare provider number 45-0775, cost year ending September 30, 2013;

56. Lakeview Medical Center, LLC d/b/a Lakeview Regional Medical Center, Medicare provider number 19-0177, cost year ending December 31, 2013;

57. Lawnwood Regional Medical Center and Heart Institute d/b/a Lawnwood Regional Medical Center and Heart Institute, Medicare provider number 10-0246, cost year ending September 30, 2013;

58. Lewis-Gale Medical Center, LLC d/b/a LewisGale Medical Center, Medicare provider number 49-0048, cost year ending December 31, 2013;

59. Los Robles Regional Medical Center d/b/a Los Robles Regional Medical Center, Medicare provider number 05-0549, cost year ending December 31, 2013;

60. Macon Northside Hospital, LLC d/b/a Coliseum Northside Hospital, Medicare provider number 11-0201, cost year ending June 30, 2013;

61. Marion Community Hospital, Inc. d/b/a Ocala Regional Medical Center, Medicare provider number 10-0212, cost year ending August 31, 2013;

62. Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville, Medicare provider number 10-0179, cost year ending December 31, 2013;

63. Methodist Healthcare System of San Antonio, LTD, L.L.P. d/b/a Methodist Hospital, Medicare provider number 45-0388, cost year ending June 30, 2013;

64. Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Methodist Stone Oak Hospital, Medicare provider number 67-0055, cost year ending February 28, 2013;

65. Midwest Division - RMC, LLC d/b/a Research Medical Center, Medicare provider number 26-0027, cost year ending December 31, 2013;

66. Mountain View Hospital, Inc. d/b/a Mountain View Hospital, Medicare provider number 46-0013, cost year ending August 31, 2013;

67. New Port Richey Hospital, Inc. d/b/a Community Hospital of New Port Richey, Medicare provider number 10-0191, cost year ending June 30, 2013;

68. North Florida Regional Medical Center, Inc. d/b/a North Florida Regional Medical Center, Medicare provider number 10-0204, cost year ending February 28, 2013;

69. Northern Utah Healthcare Corporation d/b/a St. Mark's Hospital, Medicare provider number 46-0047, cost year ending June 30, 2013;

70. Northwest Medical Center, Inc. d/b/a Northwest Medical Center, Medicare provider number 10-0189, cost year ending December 31, 2013;

71. Notami Hospitals of Florida, Inc. d/b/a Lake City Medical Center, Medicare provider number 10-0156, cost year ending October 31, 2013;

72. Osceola Regional Hospital, Inc. d/b/a Osceola Regional Medical Center, Medicare provider number 10-0110, cost year ending December 31, 2013;

73. Overland Park Regional Medical Center, LLC d/b/a Overland Park Regional Medical Center, Medicare provider number 17-0176, cost year ending May 31, 2013;

74. Palms West Hospital Limited Partnership d/b/a Palms West Hospital, Medicare provider number 10-0269, cost year ending May 31, 2013;

75. Parkridge Medical Center, Inc. d/b/a Parkridge Medical Center, Medicare provider number 44-0156, cost year ending March 31, 2013;

76. Plantation General Hospital, L.P. d/b/a Plantation General Hospital, Medicare provider number 10-0167, cost year ending August 31, 2013;

77. Pulaski Community Hospital, Inc. d/b/a Pulaski Community Hospital, Medicare provider number 49-0116, cost year ending August 31, 2013;

78. Rapides Healthcare System, L.L.C. d/b/a Rapides Regional Medical Center, Medicare provider number 19-0026, cost year ending December 31, 2013;

79. Riverside Healthcare System, L.P. d/b/a Riverside Community Hospital, Medicare provider number 05-0022, cost years ending April 30, 2011 and April 30, 2013;

80. San Jose Healthcare System, L.P. d/b/a Regional Medical Center of San Jose, Medicare provider number 05-0125, cost year ending December 31, 2013;

81. Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center, Medicare provider number 29-0047, cost year ending January 31, 2013;

82. Spotsylvania Medical Center, Inc. d/b/a Spotsylvania Regional Medical Center, Medicare provider number 49-0141, cost year ending April 30, 2013;

83. St. David's Healthcare Partnership, L.P., LLP d/b/a North Austin Medical Center, Medicare provider number 45-0809, cost year ending June 30, 2013;

84. St. David's Healthcare Partnership, L.P., LLP d/b/a Round Rock Medical Center, Medicare provider number 45-0718, cost year ending February 28, 2013;

85. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's Medical Center, Medicare provider number 45-0431, cost year ending December 31, 2013;

86. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's South Austin Medical Center, Medicare provider number 45-0713, cost year ending October 31, 2013;

87. Sunrise Hospital and Medical Center, LLC d/b/a Sunrise Hospital and Medical Center, Medicare provider number 29-0003, cost year ending January 31, 2013;

88. Sunrise Mountainview Hospital, Inc. d/b/a MountainView Hospital, Medicare provider number 29-0039, cost year ending December 31, 2013;

89. Tallahassee Medical Center, Inc. d/b/a Capital Regional Medical Center, Medicare provider number 10-0254, cost year ending April 30, 2013;

90. Terre Haute Regional Hospital, L.P. d/b/a Terre Haute Regional Hospital, Medicare provider number 15-0046, cost year ending August 31, 2013;

91. Timpanogos Regional Medical Services, Inc. d/b/a Timpanogos Regional Hospital, Medicare provider number 46-0052, cost year ending December 31, 2013;

92. Trident Medical Center, LLC d/b/a Trident Medical Center, Medicare provider number 42-0079, cost year ending March 31, 2013;

93. University Healthcare System, L.C. d/b/a Tulane University Hospital and Clinic, Medicare provider number 19-0176, cost years ending December 31, 2013;

94. University Hospital, LTD. d/b/a University Hospital and Medical Center, Medicare provider number 10-0224, cost year ending April 30, 2013;

95. Wesley Medical Center, LLC d/b/a Wesley Medical Center, Medicare provider number 17-0123, cost year ending December 31, 2013;

96. West Hills Hospital d/b/a West Hills Hospital and Medical Center, Medicare provider number 05-0481, cost year ending December 31, 2013; and

97. West Valley Medical Center, Inc. d/b/a West Valley Medical Center, Medicare provider number 13-0014, cost year ending September 30, 2013.

The case should not be dismissed in its entirety, however, because other plaintiffs still have pending claims.

Respectfully submitted,

*/s/ Stephanie A. Webster*
Stephanie A. Webster
  D.C. Bar No. 479524
J. Harold Richards
  D.C. Bar No. 469524
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 508-4859
stephanie.webster@ropesgray.com

*Counsel for Plaintiffs*

Dated: June 30, 2026