**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:  ALLINA II-TYPE DSH ADJUSTMENT CASES<br><br>ALBERT EINSTEIN HEALTHCARE NETWORK, *et al.*<br><br>This Document Relates to:<br><br>MASSACHUSETTS GENERAL HOSPITAL, BRIGHAM & WOMEN'S HOSPITAL, FAULKNER HOSPITAL and NORTH SHORE MEDICAL CENTER 19-cv-2201 | Misc. Action No. 19-mc-190-ABJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Massachusetts General Hospital, Brigham & Women's Hospital, Faulkner Hospital and North Shore Medical Center hereby notify the Court of the voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of their claims in Massachusetts General Hospital et al. v. Kennedy, No. 19-cv-2201 (D.D.C.).  This case can be dismissed in its entirety.

Dated:  August 4, 2026

Respectfully submitted,

/s/ Rachel M. Wertheimer
Rachel M. Wertheimer
Gary A. Rosenberg
VERRILL DANA LLP
One Portland Square
Portland, ME 04101
Tel:  (207) 774-4000
Fax:  (207) 774-7499
rwertheimer@verrilldana.com
grosenberg@verrilldana.com

1

*Counsel to Plaintiffs Massachusetts General Hospital, Brigham & Women's Hospital, Faulkner Hospital and North Shore Medical Center*

2

30143389_1